UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STATE OF WASHINGTON,

                  Plaintiff,

    v.

JOSEPH STANLEY PIGOTT,

                  Defendant.

CASE NO. 2:26-mc-00004-LK

ORDER OF DISMISSAL

The matter comes before the Court on Magistrate Judge S. Kate Vaughan's order granting Joseph Stanley Pigott's application to proceed *in forma pauperis*. Dkt. No. 12. Judge Vaughan recommended review under 28 U.S.C.§ 1915(e)(2)(B), and the Court reviews Pigott's pleading entitled "Defendants Notice of Removal," Dkt. No. 13. Upon review, the Court finds dismissal is appropriate.

Pigott identifies himself as "King Abdul Humin El of the Kingdom of Morocco." Dkt. No. 13 at 1. He seeks to "remove King County Superior Court Case No. 21-1-03258-6 KNT to this Court under 28 U.S.C. §§ 1441, 1445, 1446, and 1455." *Id.* at 2. Pigott states several grounds for removal; he appears to assert that the state court may not adjudicate his case because he is a

ORDER OF DISMISSAL - 1

"sovereign Moor" over whom the state court does not have jurisdiction due to "the 1786 Treaty of Peace and Friendship between the United States and Morocco[.]" *Id.*

Pigott is charged in his state criminal case with one count of Intimidating a Judge. *See State v. Pigott*, No. 21-1-03258-6KNT (King Cnty. Sup. Ct. 2021). A review of the state court docket in Pigott's criminal case indicates that the case is ongoing; recently, the court postponed his trial due to competency concerns and ordered a competency evaluation. *State v. Pigott*, No. 21-1-03258-6KNT, Dkt. Nos. 187, 188 (King Cnty. Sup. Ct. Jan. 21, 2026).

For the same reasons the Court rejected Pigott's previous attempt to remove this criminal case to this Court, *Washington v. Steinke*, No. 2:23-mc-00092-LK, Dkt. No. 4 (W.D. Wash., filed Dec. 15, 2023), the Court rejects his most recent attempt. For the reasons the Court provided previously, *see id.*, it dismisses this case with prejudice or, to the extent this case has been removed, remands it to state court under 28 U.S.C. § 1455(b)(4), *see id.* at *1 n.2 (noting that it was unclear whether removal had been effected and if it had, "the court would summarily remand the action under 28 U.S.C. § 1455(b)(4)").

Accordingly, the Court ORDERS:

1) This action is DISMISSED with prejudice;

2) All pending motions are DENIED as moot; and

3) The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Court for the Superior Court for King County, Washington and provide a copy of this order to Mr. Pigott.

Dated this 3rd day of March, 2026.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 2